Moseley *v.* Norris, sheriff, *et al.*

Atkinson, Justice. This case is controlled by the decision in *Poss* v. *Norris*, ante, 513.     *Judgment affirmed. All the Justices concur.*